1  ROBERT L. FORKNER (CSB# 1066097)
   Law Offices of ROBERT L. FORKNER
2  722 Thirteenth Street
   Modesto, CA 95354
3  Telephone:    (209) 544-0200
   Fax:          (209) 544-1860
4

5  Attorney for Defendant
   MIGUEL ABUNDEZ MOSQUEDA
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA        )   CASE NO. 2:09-cr-297-WBS
                                   )
12         Plaintiffs,             )   SUBSTITUTION OF ATTORNEY
                                   )   AND ~~PROPOSED~~ ORDER
13     v.                          )
                                   )
14 MIGUEL ABUNDEZ MOSQUEDA,        )
                                   )
15         Defendant.              )
   _____/

16     Defendant, MIGUEL ABUNDEZ MOSQUEDA, hereby substitutes

17 ROBERT L. FORKNER, with the law offices at 722 Thirteenth Street,

18 Modesto, California 95354 in place and stead of CLEMENTE M.

19 JIMENEZ, with the Law Office of Clemente M. Jimenez at 428 J.

20 Street, Ste. 355, Sacramento, California.

21 Dated: 4/28/10                    /s/ MIGUEL ABUNDEZ MOSQUEDA
                                     MIGUEL ABUNDEZ MOSQUEDA
22                                   DEFENDANT

23 I CONSENT TO THE ABOVE SUBSTITUTION

24 Dated: 4/28/10                    /S/ CLEMENTE M. JIMENEZ
                                     CLEMENTE M. JIMENEZ
25                                   Attorney at Law

26 I ACCEPT THE ABOVE SUBSTITUTION

27 Dated: 4/28/10                    /S/ ROBERT . FORKNER
                                     ROBERT L. FORKNER
28                                   Attorney at Law

                                 1

1

## ORDER

2

3   IT IS SO ORDERED that Defendant MIGUEL ABUNDEZ MOSQUEDA
4   substitute ROBERT L. FORKNER, who is retained counsel, 722
    Thirteenth Street, Modesto, California 95354, Telephone
5   (209) 544-0200 and email address: rforkner@forknerlaw.com,
6   as attorney of record in place and stead of CLEMENTE M.
7   JIMENEZ of Law Offices of Clemente M. Jimenez.

8

9

10

Dated: April 28, 2010

11

12   _____
     WILLIAM B. SHUBB
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28